5 F.3d 1556
 1993-2 Trade Cases 70,406
 In re INSURANCE ANTITRUST LITIGATION.
ACE CHECK CASHING, INC.; Acme Corrugated Box Company, Inc.,
Anastasios Markos, t/a Municipal Exxon; Bay Harbor Park
Homeowner's Association, Inc.; Bensalem Township Authority;
Big D Building Supply Corporation, et al., Private
Plaintiffs, Plaintiffs-Appellants,
and
State of Alabama, et al., Plaintiffs,
v.
AETNA CASUALTY AND SURETY COMPANY; Allstate Insurance
Company; Cigna Corp.; Hartford Fire Insurance
Company, et al., Defendants-Appellees.
STATE OF CALIFORNIA; City of Lafayette; City and County of
San Francisco; County of San Benito, Plaintiffs-Appellants,
v.
INSURANCE SERVICES OFFICE, INC., CNA RE (U.K.) LTD.;
Continental Reinsurance Corporation; Union-America
Insurance Co.; Edwards & Payne Ltd.; Excess Insurance Co.,
Ltd.; General Reinsurance Corp.; Thomas A. Greene &
Company, Inc.; Kemper Reinsurance London; Lloyd's
Underwriters & Brokers; Mercantile & General Reinsurance
Company of America; North American Reinsurance Corporation;
Oxford Syndicate Mgmt. Ltd.; (sued herein as K.F. Adler &
Others (U.A.) Ltd.); Prudential Reinsurance; Reinsurance
Association of America; Terra Nova Insurance Co.; Aetna
Casualty and Surety Company; Allstate Insurance Company;
Winterthur Reinsurance Corporation of America; Cigna Corp.;
Hartford Fire Insurance Company, Defendants-Appellees.
STATE OF LOUISIANA, Cities of Baton Rouge, New Orleans,
Slidell, Nachitoches and Eunice, Plaintiffs-Appellants,
v.
HARTFORD FIRE INSURANCE COMPANY; Allstate Insurance; Aetna
Casualty and Surety Company; Cigna Corp., et al.,
Defendants-Appellees.
 Nos. 89-16405, 89-16513 and 89-16531.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 6, 1993.
 
 1
 On Remand from the United States Supreme Court.
 
 
 2
 Before BEEZER, and NOONAN, Circuit Judges, and SINGLETON,* District Judge.
 
 ORDER
 
 3
 The judgment of the district court is reversed and the case is remanded to it for trial in accordance with the opinion of the Supreme Court. Hartford Fire Insurance Co. v. California, --- U.S. ----, 113 S.Ct. 2891, 125 L.Ed.2d 612 (1993).
 
 
 
 *
 The Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation